QUINN EMANUEL URQUHART & SULLIVAN, LLP
Melissa J. Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Petitioner
GoPro Hong Kong Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOPRO HONG KONG LTD., <br><br> Petitioner, <br><br> vs. <br><br> 2B TRADING, INC., UNITED WORLD BRANDS, <br><br> Respondents. | CASE NO. 3:16-cv-05113-JD <br><br> **DECLARATION OF MELISSA J. BAILY IN SUPPORT OF GOPRO HONG KONG LTD.'S MOTION TO CONFIRM FINAL AWARD AND FOR ENTRY OF JUDGMENT AGAINST 2B TRADING, INC.** <br><br> Hearing: December 1, 2016 <br> Time:     10:00 a.m. |

I, Melissa J. Baily, declare as follows:

1. I am an attorney licensed to practice in the State of California, and I am admitted to practice before this Court. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for GoPro Hong Kong Ltd. ("GoPro") in the above-captioned action. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as Exhibit A is a true and correct copy of the International Distribution Agreement and First Amendment, dated October 2, 2012, with confidential information redacted.

3. Attached hereto as Exhibit B is a true and correct copy of the Final Award issued in International Chamber of Commerce International Court of Arbitration Case No. 20772/RD, with confidential information redacted.

4. Attached hereto is a true and correct copy of the Terms of Reference executed in ICC Case No. 20772/RD.

5. Attached hereto as Exhibit D is a true and correct copy of email correspondence between me (counsel for GoPro) and David Rubenstein (counsel for 2B Trading, Inc. and United World Brands).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on October 20, 2016.

*/s/Melissa J. Baily*
Melissa J. Baily