UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO HONG KONG LTD.,<br><br>Plaintiff,<br><br>v.<br><br>2B TRADING, INC., et al.,<br><br>Defendants. | Case No. 16-cv-05113-JD<br><br>**ORDER TO SHOW CAUSE** |

At 10:00 am on Thursday, December 8, 2016, the Court called this case for a case management conference and a hearing on a petition to confirm an arbitration award. Counsel for defendants, David Rubenstein and the Rubenstein Business Law firm, did not appear. Rubenstein filed a letter late in the afternoon right before the conference stating that he would not appear. This absence was unexcused and in violation of the Court's standing orders and Local Rules. Rubenstein also failed to meet and confer with plaintiff's counsel to satisfy the ADR requirements or to submit a joint case management statement, all again in violation of the standing orders and Local Rules. Even more egregiously, Rubenstein failed to file a timely opposition to the petition to confirm, and so left his client with no arguments against it.

In effect, Rubenstein has done just about everything wrong in the short life of this new action. The Court has serious questions about the fitness and suitability of Rubenstein and his law firm to practice in this federal district. Consequently, Rubenstein is ordered to show cause in writing why the Court should not impose monetary or disciplinary sanctions for these defaults and violations. Rubenstein is advised that monetary sanctions may include, without limitation, payment of opposing counsel's reasonable fees and costs for attending the conference and hearing,

1   and disciplinary sanctions relating to his ability to practice in this district.  The response to this

2   order is due by **12:00 p.m. on Monday, December 19, 2016**.

3       **IT IS SO ORDERED.**

4   Dated:  December 9, 2016

JAMES DONATO
United States District Judge

United States District Court
Northern District of California